Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Abante Rooter and Plumbing, Inc.

                       Plaintiff(s),

     v.

Direct Energy LP

                     Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

Case No: 3:16-cv-01162

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Anthony Paronich , an active member in good standing of the bar of Massachusetts , hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: the Plaintiff in the above-entitled action. My local co-counsel in this case is Michael F. Ram , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 99 High Street, Suite 304 Boston, MA 02110 | 101 Montgomery Street, Suite 1800 San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: (508) 221-1510 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 433-4949 |
| MY EMAIL ADDRESS OF RECORD: anthony@broderick-law.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: mram@rocklawcal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 678437 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/14/16

                                  Anthony Paronich
                                      APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Anthony Paronich is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 14, 2016

                                  UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE