**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendant Lead Genesis, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DIRECT ENERGY, LP** and **LEAD GENESIS, INC.**,<br><br>Defendants. | Case No. 3:16-cv-01162-EDL<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through its undersigned counsel, hereby voluntarily dismisses with prejudice all claims against all Defendants in the above-captioned matter. The rights of putative class members other than the Plaintiff are not affected by this dismissal.

Respectfully submitted,

DATED: May 5, 2016   **BRODERICK LAW, P.C.**

By: _/s/ Anthony I. Paronich_
        Anthony Paronich

Attorneys for Plaintiffs and the Proposed Class